# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Geist, et al.      *

**Plaintiff,**

     *

v.      **Case No.** 8:16-cv-3630

Hispanic Information and      *
Telecommunications Network, Inc.

**Defendant.**      *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that RJGLaw LLC
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☒ In a case based on diversity jurisdiction, the following is a list of all members of

__RJGLaw LLC__ and their states of citizenship:
(name of LLC party)

__Rudolph J. Geist__  __Maryland__
(name of member)  (state of citizenship)

_____  _____
(name of member)  (state of citizenship)

_____  _____
(name of member)  (state of citizenship)

_____  _____
(name of member)  (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

__11/04/2016__  __/s/ Benjamin G. Chew__
Date  Signature

 Benjamin G. Chew (D. Md. Bar No. 14985)
Printed name and bar number
 1050 Connecticut Avenue NW, Suite 600
 Washington, DC 20036
Address

 bchew@manatt.com
Email address

 202 585 6511
Telephone number

 202 585 6600
Fax number