# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Geist, et al. *

**Plaintiff,**

\*

v.   **Case No.** 8:16-cv-3630

Hispanic Information and   \*
Telecommunications Network, Inc.

**Defendant.** \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that  RJGLaw LLC
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☒ In a case based on diversity jurisdiction, the following is a list of all members of

    RJGLaw LLC     and their states of citizenship:
(name of LLC party)

    Rudolph J. Geist                                       Maryland
(name of member)                                                  (state of citizenship)

(name of member)                                                (state of citizenship)

(name of member)                                                (state of citizenship)

(name of member)                                                (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

  11/04/2016                                         /s/ Benjamin G. Chew
Date                                                      Signature

                                                       Benjamin G. Chew (D. Md. Bar No. 14985)
                                                       Printed name and bar number
                                                       1050 Connecticut Avenue NW, Suite 600
                                                       Washington, DC 20036
                                                       Address

                                                       bchew@manatt.com
                                                       Email address

                                                       202 585 6511
                                                       Telephone number

                                                       202 585 6600
                                                       Fax number