## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Rudolph J. Geist, et al.

**Plaintiff**

vs.   Case No: 8:16-cv-03630-PX

Hispanic Information and Telecommunications Network, Inc.

**Defendant**

### AFFIDAVIT OF SERVICE

I, Mary M. Bonville, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Duplicate Copies of Service/Notice of Claim Cover Sheet, Summons, Civil Cover Sheet, Complaint with Exhibit A, Disclosure of Corporate Interest, and Statutory service fee in the amount of $40.00 made payable to the New York Secretary of State in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/10/2016 at 1:40 PM, I served Hispanic Information and Telecommunications Network, Inc. c/o New York Secretary of State with the Duplicate Copies of Service/Notice of Claim Cover Sheet, Summons, Civil Cover Sheet, Complaint with Exhibit A, Disclosure of Corporate Interest, and Statutory service fee in the amount of $40.00 made payable to the New York Secretary of State at One Commerce Plaza, 99 Washington Avenue, 6th Floor, Albany, New York 12210 by serving Sue Zouky, Designated Agent, authorized to accept service.

Sue Zouky is described herein as:

Gender: Female   Race/Skin: White   Age: 60   Weight: 125   Height: 5'0"   Hair: Light Brown   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

11/14/16
Executed On

Mary M. Bonville

Client Ref Number: N/A
Job #: 1517750

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050