# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Rudolph J. Geist, et al.     *

    **Plaintiff,**

         *

    **v.**        Case No. 8:16-cv-03630-PX

Hispanic Information and Telecommunications Network, Inc.     *

    **Defendant.**     *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Defendant HITN

I certify that I am admitted to practice in this Court.

11/29/2016

Date

/s/Tillman Finley

Digitally signed by /s/Tillman Finley
DN: cn=/s/Tillman Finley, o=Marino Finley PLLC, ou, email=tfinley@marinofinley.com, c=US
Date: 2016.11.29 10:20:49 -05'00'

Signature

Tillman Finley, No. 16719

Printed name and bar number

1100 New York Ave, NW STE 700W, Washington, DC 20005

Address

tfinley@marinofinley.com

Email address

(202) 223-8888

Telephone number

(877) 235-3666

Fax number