## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RUDOLPH J. GEIST, *et al.*, | * | |
| Plaintiffs, | * | Case No. 8:16-cv-03630-PX |
| v. | * | Judge Paula Xinis |
| HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., | * * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant the Hispanic Information and Telecommunications Network, Inc., by and through the undersigned counsel and with the agreement and consent of Plaintiffs, hereby moves the Court for an extension of fourteen (14) days in which to serve a motion or responsive pleading. According to the Court's docket, Defendant's motion or responsive pleading currently is due on December 1, 2016. Defendant requests a 14-day extension until December 15, 2016.

In support of its request, Defendant states that it did not become aware that Plaintiff had served or attempted to serve the Complaint and summons through the New York Secretary of State until November 22, 2016 and that additional time is needed for Defendant to engage counsel and to prepare its response to the Complaint, especially in light of the Thanksgiving holidays this past week. Defendant makes this request without waiver of or prejudice to any and all defenses to the Complaint, including any and all of the defenses set forth in Rule 12(b) of the Federal Rules of Civil Procedure and any other argument or defense.

Pursuant to Local Rule 105.9, Defendant has requested the consent of counsel for Plaintiffs and provided such counsel reasonable notice of the instant motion. Plaintiffs do not oppose the requested extension until December 15.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint until December 15, 2016.

Dated: November 29, 2016

Respectfully Submitted,

 */s/Tillman J. Finley*
Tillman J. Finley (D. Md. Bar No. 16719)
MARINO FINLEY PLLC
1100 New York Avenue, N.W., Suite 700W
Washington, DC  20006
Tel: (202) 223-8888
Fax: (877) 235-3666
tfinley@marinofinley.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2016, copies of the foregoing were sent, via the Court's electronic filing system, to the following counsel of record:

Benjamin G. Chew
Manatt, Phelps & Phillips, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC  20036
Tel: (202) 585-6511
Fax: (202) 585-6600
bchew@manatt.com

*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tillman J. Finley