## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RUDOLPH J. GEIST, *et al.*, | * | |
| Plaintiffs, | * | Case No. 8:16-cv-03630-PX |
| v. | * | Judge Paula Xinis |
| HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., | * * | |
| Defendant. | * | |
| | *******| |

### SECOND CONSENT MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

Defendant the Hispanic Information and Telecommunications Network, Inc., by and through the undersigned counsel and with the agreement and consent of Plaintiffs, hereby moves the Court for a further extension of fifteen (15) days in which to serve a motion or responsive pleading. Pursuant to the Court's Order of November 30, 2016 (Doc. 10), Defendant's motion or responsive pleading currently is due on December 15, 2016. Defendant respectfully requests a further extension until December 30, 2016.

In support of its request, Defendant states that the parties are engaged in settlement discussions which potentially could resolve this matter without the need for further action. Defendant makes this request without waiver of or prejudice to any and all defenses to the Complaint, including any and all of the defenses set forth in Rule 12(b) of the Federal Rules of Civil Procedure and any other argument or defense.

Pursuant to Local Rule 105.9, Plaintiffs have consented to the requested extension until December 30, 2016 and Defendant has provided counsel for Plaintiffs with reasonable notice of the instant motion.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint until December 30, 2016.

Dated:  December 14, 2016

                                         Respectfully Submitted,

                                        */s/Tillman J. Finley*  
                                       Tillman J. Finley (D. Md. Bar No. 16719)  
                                       MARINO FINLEY PLLC  
                                       1100 New York Avenue, N.W., Suite 700W  
                                       Washington, DC  20006  
                                       Tel: (202) 223-8888  
                                       Fax: (877) 235-3666  
                                       tfinley@marinofinley.com

                                       *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of December, 2016, copies of the foregoing were sent, via the Court's electronic filing system, to the following counsel of record:

Benjamin G. Chew
Manatt, Phelps & Phillips, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC  20036
Tel: (202) 585-6511
Fax: (202) 585-6600
bchew@manatt.com

*Counsel for Plaintiffs*

       /s/Tillman J. Finley