## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| RUDOLPH J. GEIST, *et al.*, | * | |
| Plaintiffs, | * | Case No. 8:16-cv-03630-PX |
| v. | * | Judge Paula Xinis |
| HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., | * | |
| | * | |
| Defendant. | * | |
| | ******* | |

### MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 101.2(b), the undersigned counsel hereby moves the Court to withdraw his appearance in this matter on behalf of Defendant the Hispanic Information and Telecommunications Network, Inc.  In support, the undersigned states that the appearance of other counsel for Defendant previously has been entered.  (Doc. 13.)  Accordingly, the undersigned respectfully requests that the Court grant him leave to withdraw his appearance in this matter.

Dated:  December 29, 2016

Respectfully Submitted,

 */s/Tillman J. Finley*
Tillman J. Finley (D. Md. Bar No. 16719)
MARINO FINLEY PLLC
1100 New York Avenue, N.W., Suite 700W
Washington, DC  20006
Tel: (202) 223-8888
Fax: (877) 235-3666
tfinley@marinofinley.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2016, copies of the foregoing were sent, via the Court's electronic filing system, to the following counsel of record:

Benjamin G. Chew
Manatt, Phelps & Phillips, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC  20036
Tel: (202) 585-6511
Fax: (202) 585-6600
bchew@manatt.com

*Counsel for Plaintiffs*

William Pittard
Kaiser Dillon PLLC
1401 K Street, NW, Suite 600
Washington, DC  20005
Tel: (202) 683-6150
Fax: (202) 280-1034
wpittard@kaiserdillon.com

*Counsel for Defendant Hispanic
Information and Telecommunications
Network, Inc.*

 /s/Tillman J. Finley