# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (Greenbelt Division)

| | |
|---|---|
| RUDOLPH J. GEIST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., <br><br> Defendant. | Case No. 8:16-cv-3630 |

## DEFENDANT'S NOTICE OF REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 105(6), Defendant Hispanic Information and Telecommunications Network, Inc. ("HITN") respectfully requests that the Court hold oral argument on HITN's contemporaneously-filed Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (June 7, 2017).

Respectfully submitted,

*/s/ William Pittard*
William Pittard, D. Md. Bar No. 16155
**KAISER DILLON PLLC**
1401 K Street, NW, Suite 600
Washington, DC  20005
Telephone:   (202) 683-6150
Facsimile:    (202) 280-1034
wpittard@kaiserdillon.com

Isaac Nesser, *admitted pro hac vice*
Corey Worcester, *admitted pro hac vice*
Serafina Concannon, *admitted pro hac vice*
Anthony P. Marzocca, *admitted pro hac vice*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100
isaacnesser@quinnemanuel.com
coreyworcester@quinnemanuel.com
serafinaconcannon@quinnemanuel.com
anthonymarzocca@quinnemanuel.com

Robert J. Becher, *admitted pro hac vice*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
robertbecher@quinnemanuel.com

June 7, 2017

*Counsel for Defendant Hispanic Information and Telecommunications Network, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 7, 2017, I filed via the Court's CM/ECF system the foregoing Defendant's Notice of Request for Oral Argument, and I understand that the system caused service of that Notice on counsel for all parties to this action.

                                                  */s/ William Pittard*
                                                  William Pittard