UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| RUDOLPH J. GEIST, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>HISPANIC INFORMATION AND<br>TELECOMMUNICATIONS NETWORK,<br>INC.,<br><br>      Defendant. | Case No. 8:16-cv-3630 |

**ORDER**

Upon consideration of Defendant Hispanic Information and Telecommunications Network, Inc.'s Consent Motion to Adjust Briefing Schedule (June 15, 2017) (the "Consent Motion"), and the entirety of the record herein, it is hereby

**ORDERED** that the Consent Motion is GRANTED; and it is further

**ORDERED** that any response by the Plaintiffs to HITN's motion to dismiss Plaintiffs' Second Amended Complaint now is due June 23, 2017, and any reply in support of that motion to dismiss now is due July 7, 2017.

Dated: June 16, 2017

/S/
_____
Hon. Paula Xinis
United States District Judge