IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| RUDOLPH J. GEIST, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. PX-16-3630 |
| | * | |
| HISPANIC INFORMATION & TELECOMMUNICATIONS NETWORK, INC., | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of March, 2018, ORDERED by the United States District Court for the District of Maryland that:

1. Defendant HISPANIC INFORMATION & TELECOMMUNICATIONS NETWORK, INC.'s Partial Motion to Dismiss, ECF No. 43, is DENIED as to Count III;

2. Defendant HISPANIC INFORMATION & TELECOMMUNICATIONS NETWORK, INC.'s Partial Motion to Dismiss, ECF No. 43, is GRANTED as to Counts IV, V, and VI, and Plaintiff's Second Amended Complaint, ECF No. 41, is DISMISSED as to these counts.

3. The Clerk shall transmit this Order and the Memorandum Opinion to the parties.

3/6/2018  
Date

/S/  
Paula Xinis  
United States District Judge