UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| RUDOLPH J. GEIST, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HISPANIC INFORMATION & )<br>TELECOMMUNICATIONS NETWORK, )<br>INC., )<br>)<br>Defendant. )<br>) | Case No. 8:16-cv-3630 |

**JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Plaintiffs Rudolph J. Geist, RJGLaw LLC, and RJGLaw LLC, and Defendant Hispanic Information and Telecommunications Network Inc. (collectively, the "Parties") by and through their undersigned counsel, hereby jointly move the Court to modify the Amended Scheduling Order in the Initial Joint Status Report (ECF 55), as adopted by this Court (ECF 57) (the "Order").

**Requests for Modifications**

Since the date of the Order, the Parties have worked diligently to complete discovery. The Parties have exchanged numerous letters with one another addressing issues that have arisen during discovery in an effort to amicably resolve such issues without judicial intervention. While those issues have been progressively narrowed, various issues remain that the Parties are continuing to work to resolve.

Moreover, the month of September contains numerous Jewish holidays that Defendant's counsel observes. These holidays limit the number of available days for the Parties to travel and conduct depositions.

Further, the Parties have agreed to participate in mediation on September 17, 2018, in the hopes of mutually and efficiently resolving the issues in this case.

Accordingly, the Parties jointly request the following modifications to the deadlines set forth in the Order (dates in brackets reflect the deadlines set forth in the Order):

| June 29, 2018 | Motion to amend the pleadings or for joinder of additional parties |
|---|---|

| | |
|---|---|
| August 6, 2018*<br>[July 16, 2018] | Document production substantially completed |
| October 12, 2018*<br>[August 17, 2018] | Fact depositions completed |
| October 5, 2018<br>[August 20, 2018] | Plaintiffs' Rule 26(a)(2) expert disclosures |
| November 2, 2018<br>[September 21, 2018] | Defendant's Rule 26(a)(2) disclosures |
| November 16, 2018<br>[October 5, 2018] | Plaintiffs' rebuttal Rule 26(a)(2) |
| November 30, 2018<br>[October 31, 2018] | Rule 26(a)(2) supplementation of disclosures and responses |
| November 30, 2018*<br>[October 31, 2018] | Expert depositions completed |
| November 30, 2018<br>[October 31, 2018] | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| December 6, 2018<br>[November 7, 2018] | Requests for admissions |
| January 8, 2018<br>[November 30, 2018] | Dispositive pretrial motions |

## Conclusion

The Parties believe such an adjustment is warranted considering the need to coordinate and obtain electronic and other discovery from the parties and certain third parties, as well as other needs of the case, and accordingly respectfully request that this Court modify the Order as indicated above.

Dated:  August 20, 2018

By:  /s/ Benjamin G. Chew
Benjamin G. Chew (D. Md. Bar No. 14985)
BROWN RUDNICK
601 Thirteenth Street, N.W.

---

[*] The Parties have included a deadline for this event although none is required by the Order in order to ensure the timely and efficient completion of discovery, but respectfully request permission to modify this deadline by agreement and without leave of Court.

        Suite 600
        Washington, D.C.  20005
        Telephone:    (202) 536-1700
        Facsimile:    (202) 536-1701
        Email:    bchew@brownrudnick.com

*Counsel for Plaintiffs Rudolph J. Geist and RJG Law LLC and RJG LAW LLC*

By:   /s/ Isaac Nesser
       Isaac Nesser
       QUINN EMANUEL URQUHART & SULLIVAN, LLP
       51 Madison Avenue, 22nd Floor
       New York, New York  10010
       Telephone:    (212) 849-7000
       Facsimile:    (212) 849-7100
       Email:    isaacnesser@quinnemanuel.com

       /s/ William Pittard
       William Pittard, D. Md. Bar No. 16155
       KAISER DILLON PLLC
       1401 K Street, NW, Suite 600
       Washington, DC  20005
       Telephone:    (202) 683-6150
       Facsimile:    (202) 280-1034
       Email:    wpittard@kaiserdillon.com

*Counsel for Hispanic Information and Telecommunications Network, Inc.*