UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| RUDOLPH J. GEIST, et al., | |
| Plaintiffs, | |
| v. | Case No. 8:16-cv-3630 |
| HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: October 31, 2018

06415-00002/10507991.2

By: *Benjamin G. Chew* (ALC)
Benjamin G. Chew
BROWN RUDNICK
601 Thirteenth Street, N.W.
Suite 600
Washington, D.C. 20005
(202) 536-1700

*Counsel for Plaintiffs*

By: _____
Isaac Nesser
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Robert Becher
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Courtney Forrest (D. Md. Bar No. 28963)
KAISERDILLON PLLC
1099 14th Street, NW
8th Floor West
Washington, DC 20005
(202) 688-1909

*Counsel for Defendant*